UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISAAC GREEN, JR.,

    Petitioner,

v.                                                   CASE NO. 6:06-cv-1094-Orl-19JGG

JAMES R. MCDONOUGH, et al.,

    Respondents.

_____

## ORDER

This case is before the Court on the following motions:

1.    Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 15, filed April 11, 2007) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.    Petitioner's Request for a Certificate of Appealability (Doc. No. 14, filed April 11, 2007) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

    **DONE AND ORDERED** at Orlando, Florida, this __12th__ day of April, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 4/12
Counsel of Record
Isaac Green, Jr.